# MOTION TO REDUCE SENTENCE PURSUANT TO COMPASSIONATE RELEASE

Prepared by Roel Reyes
Updated on 10/16/2019

## I. BACKGROUND

The First Step Act ("FSA") was signed into law by President Trump on December 21, 2018. The bill contains prison reform language as well as provisions that would reduce sentences for certain drug offenses. Section 603(b) of the First Step Act amended 18 U.S.C. § 3582's provision on compassionate release. Now, under the First Step Act, an inmate may file a motion in the district of conviction requesting a reduction in sentence, after exhausting administrative review of the denial of a request to the BOP for compassionate release or after 30 days have passed since the request to the warden.

For statistical purposes, we have created a new motion event and its corresponding order event. You will find these events here:

- Criminal > Applications/Ex Parte Applications/Motions/Requests > **Reduce Sentence pursuant to Compassionate Release**
- **Orders on Motions** category

## II. PROCESSING THE NEW MOTION

The new motion event is available to both attorneys and court staff. The event mimics the functionalities found in the event *Reduce Sentence pursuant to the First Step Act*. However, this new motion may be filed by a third party on behalf of the defendant (inmate). The FSA prescribes that, in the case of a terminally ill inmate, the Court must accept a compassionate release request from a "partner or family member," as well as from the inmate.

A. If the motion is filed by the defendant's attorney or the AUSA[1], perform a "QC" process accordingly.
   - If the attorney files the motion but selects an incorrect event *i.e.* the generic Motion for an Order, it is imperative that the clerk (CRD, Relief or DQA) change the event type via the Utilities menu (*Utilities > Edit Data > Edit Docket Entries > Edit all docket entry information*). Under the **Event Types** drop down list, the clerk will select **Motion to Reduce Sentence pursuant to Compassionate Release** and click Submit (*See fig. 1*). This will allow the motion to be tracked appropriately.
   - Since an incorrect event was used by the attorney, we will also need to regenerate the Notice of Electronic Filing ("NEF") via the NEF Regeneration utility to the following parties:
     - Federal Public Defender Appointment On Any Criminal Case (cac_appointments@fd.org)
     - FPD Appeals Chief (Brianna_Mircheff@fd.org)

   **REMINDER:** Please send your request for NEF Regeneration to CACDml_CMECF DocketSupport.

*fig. 1*

**Event Types:** Motion to Reduce Sentence pursuant to Compassionate Release

---

[1] A judge may direct the AUSA to file the motion on behalf of the defendant.

1

B.  If the motion is filed by the defendant, process it accordingly and docket the motion by using the new event **Reduce Sentence pursuant to Compassionate Release**. Upon completion of the docket entry, the following permanent noticed parties will receive a copy of the NEF automatically:
- Federal Public Defender Appointment On Any Criminal Case (cac_appointments@fd.org)
- FPD Appeals Chief (Brianna_Mircheff@fd.org)

C.  If the motion is filed by an individual other than the defendant *i.e.* a partner or a family member, please follow the steps below:
- Add the individual (filing party) first via "**Edit Case Participants – All Other**."
    - Select the role type "interested party (ip-cr)."
    - Change the Pro se status to "Pro Se but not allowed to file electronically."
    - Add the mailing address information only. Do **not** add any e-mail address.
    - Check the box "Show this address on the docket sheet."
    - Click Add Party and Update Case to finalize the changes.
- Docket the motion using the new event **Reduce Sentence pursuant to Compassionate Release**. Upon completion of the docket entry, the following permanent noticed parties will receive an NEF automatically:
    - Federal Public Defender Appointment On Any Criminal Case (cac_appointments@fd.org)
    - FPD Appeals Chief (Brianna_Mircheff@fd.org)
- Review the docket text and adjust accordingly.

### III. PROCESSING THE NEW ORDER

The corresponding order event is placed under the **Orders on Motions** category and is available to court staff only. Upon completion of the docket entry, the following permanent noticed parties will receive an NEF automatically:

- Federal Public Defender Appointment On Any Criminal Case (cac_appointments@fd.org)
- FPD Appeals Chief (Brianna_Mircheff@fd.org)
- Bureau of Prisons (gra-dsc/teampapa@bop.gov)
- November Team (GRA-DSC/TeamNovember@bop.gov)

Upon receipt of the order ruling on the motion, please follow the steps below:

A.  Docket the event by selecting the "Orders on Motions" category. Navigate through the docketing screens normally and answer the prompts accordingly.
- If the order grants the motion: the sentencing disposition text <u>must</u> be updated. **DO NOT REMOVE** the information already entered onto the text field. The clerk will append **SENTENCE REDUCED PURSUANT TO COMPASSIONATE RELEASE** and then include the reduction of the sentence information (*see fig. 2*).

    **REMINDER:** If applicable, immediately update the JS-3 after docketing the order. Be sure to <u>unterminate</u> the defendant before making this update and then <u>terminate</u> the defendant back.

*fig. 2*

> **SENTENCE/DISPOSITION TEXT**
>
> 2:15-cr-00010-TJH-3 - Robert Hernandez
>
> 1-2 18:1001 FALSE STATEMENTS Sentence/Disposition Text
> ☑ Include in docket text
>
> ```
> Defendant is committed to the custody of the Bureau of Prisons
> for 60 months. Special Assessment $100.  All fines waived.
> SENTENCE REDUCED PURSUANT TO COMPASSIONATE RELEASE...
> ```

- ***NEW SCREEN*** The system will ask you this question: "**Was the motion filed by an individual other than the defendant or the AUSA[2]?**"
    - Review the docket sheet, if necessary, to determine who filed the motion and answer accordingly.
    - A "Yes" response will lead you to a screen where you will be required to select a party for termination. Select the party with the role type "interested party."
    - **REMINDER**: If the motion was filed by an individual other than the defendant or the AUSA[3], perform the steps found in "Section III. D."

B. Review the docket text and adjust accordingly.
C. Perform the PSBUSM process, if necessary.

**Note:** The program above will produce a mailing label, PDF document, and NEF for each terminated criminal pro se party *i.e.* an interested party.

D. (**Optional**) Subsequent court-generated documents issued after the ruling order should **NOT** be served to the "terminated" interested party. In a criminal case, the PSBUSM program will still produce a mailing label, PDF document, and NEF for each terminated criminal pro se party *i.e.* an interested party. To avoid this unnecessary service, updates to the interested party's person record information would be required. Please follow the steps below:
- From the Utilities menu, click on Edit Case Participants – All Other.
- Enter the case number.
- Select the party name record ("ip-cr") to be modified by clicking on the pencil icon.
- Change the **Pro Se** status from "*Pro Se but not allowed to file electronically*" to "**No**."
- Change the **Notice** setting from "*Yes*" to "*No*."
- Click on the Save Changes button then click on Update Case button to complete the process.

---

[2,3] A judge may direct the AUSA to file the motion on behalf of the defendant.